157 A.3d 838

MICHAEL MRAZ, PLAINTIFF–PETITIONER, v. LOCAL 254 OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, EUSTACE EGGIE, III, MICHAEL CAPELLI, JOHN DOES 1–20 (SAID NAMES BEING FICTITIOUS) AND ABC CORPORATIONS 1–10 (SAID CORPORATIONS BEING FICTITIOUS), DEFENDANTS–RESPONDENTS.

December 2, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002424–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

157 A.3d 839

RILEY DEAN WILKINSON, PLAINTIFF–PETITIONER, v. HOFFMAN–LA ROCHE INC. AND ROCHE LABORATORIES INC., DEFENDANTS–RESPONDENTS.

December 2, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1236/1237–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.